# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| CHARLES ELLIOTT MCCORVEY, | : |
| Plaintiff, | : |
| v. | :     CIVIL ACTION: 12-00757-KD-C |
| UNITED STATES OF AMERICA, *et al.*, | : |
| Defendants. | : |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated July 24, 2014, is **ADOPTED** as the opinion of this Court.

**DONE** and **ORDERED** this the **9th** day of **September 2014.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**