IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **CHARLES ELLIOTT MCCORVEY,** | : | |
| Plaintiff, | : | |
| v. | : | CIVIL ACTION: 12-00757-KD-C |
| **UNITED STATES OF AMERICA,** *et al.,* | : | |
| Defendants. | : | |

**ORDER**

After due and proper consideration of the issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated July 24, 2014, is **ADOPTED** as the opinion of this Court.

**DONE** and **ORDERED** this the **11th** day of **September 2014.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**